AO 109 (Rev. 11/13)  Warrant to Seize Property Subject to Forfeiture (Page 2)

## Return

| Case No.: 3:19mj059 | Date and time warrant executed: 2/5/19 @ 1636 | Copy of warrant and inventory left with: Rene Gindelberger |
|---|---|---|

Inventory made in the presence of: N/A

Inventory of the property taken:

River Valley Credit Union provided Cashier Check #125164 in the amount $33,418.76 on 2/19/19.

*[Stamp: FILED RICHARD W. NAGEL CLERK OF COURT 2019 FEB 19 PM 12:33 U.S. DISTRICT COURT SOUTHERN DIST OHIO WEST DIV DAYTON]*

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/19/19

*Executing officer's signature*

Jennifer M. Tron, Senior Special Agent
*Printed name and title*

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

## UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*

Contents of River Valley Credit Union Account Number xxx7543, in the Name of Lorrie Shivener, Up to the Amount of $34,418.00

Case No. 3:19 mj 059

### WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the __Southern__ District of __Ohio__ be seized as being subject to forfeiture to the United States of America. The property is described as follows:

Contents of River Valley Credit Union Account Number xxx7543, in the name of Lorrie Shivener, up to the amount of $34,418.00.

For the purpose of seizure for criminal forfeiture, I find that a restraining order may not be sufficient to assure the availability of the property for forfeiture.

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property on or before __2/19/19__
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to
__Honorable Michael J. Newman__ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: __2/5/19  3:15 pm__          __[signature]__
                                                                  *Judge's signature*

City and state: __Dayton, Ohio__          __Michael J. Newman, United States Magistrate Judge__
                                                                  *Printed name and title*